| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | JEREMY J. KELLEY |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00087-TLN |
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER |
| v. | |
| LATOMBA BISHOP, JOSHUA YADON, and NORMAN THOMPSON, | |
| Defendants. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Jeremy J. Kelley, defendant Latomba Bishop, by and through her counsel of record, Timothy Zindel, defendant Joshua Yadon, by and through his counsel of record, Michael B. Bigelow, and defendant Norman Thompson, by and through his counsel of record Donald P. Dorfman, hereby stipulate as follows:

1. The discovery in this case is several hundred pages and hours of audio and video recordings, and contains personal information including, but not limited to, social security numbers, dates of birth, telephone numbers, email addresses, and financial information such as credit card and bank account numbers (hereinafter "Protected Information").

2. In the absence of a protective order, numerous redactions would be necessary to avoid the unauthorized disclosure or dissemination of Protected Information to individuals not party to the court proceedings in this matter. It is possible, given the nature of the evidence, that there may be Protected

STIPULATION AND PROTECTIVE ORDER

1

1   Information that is inadvertently omitted during the redaction process.

2       3. By this stipulation, the parties jointly request that the Court issue a protective order pursuant

3   to Rule 16(d) of the Federal Rules of Criminal Procedure and the Court's general supervisory authority.

4       4. The Protective Order applies to all discovery containing Protected Information, including

5   discovery that may be forthcoming. Discovery that does not contain Protected Information is not subject

6   to the Protective Order.

7       5. Defense counsel shall not give documents that contain Protected Information (or copies of

8   such documents) to any person other than counsel's staff, investigator(s), or retained expert(s)

9   (hereinafter "Defense Team"). The terms "staff," "investigator," and "expert" shall not be construed to

10   describe the defendant, or other person not: (1) regularly employed by counsel, or (2) licensed as an

11   investigator, or (3) retained as an expert. The Defense Team shall not provide to any person copies or

12   documents unless Protected Information has been redacted.

13       6. The defendant may review the Protected Information and be aware of its contents, but neither

14   defense counsel nor the Defense Team shall provide copies of Protected Information to the defendant or

15   allow the defendant to copy documents contacting Protected Information. Counsel may provide the

16   defendant with copies of documents from which Protected Information has been redacted.

17       7. Social security numbers, birth dates, and residential addresses made in all public filings shall

18   be made pursuant to Federal Rule of Criminal Procedure 49.1.

19       8. Nothing in this stipulation will be construed to prevent defense counsel, and the Defense

20   Team a reasonable opportunity to prepare.

21       9. In the event that the defendant substitutes counsel, undersigned defense counsel agrees to

22   withhold documents containing Protected Information from new counsel unless and until substituted

23   counsel agrees also to be bound by this order.

24   ///

25   ///

26   ///

27   ///

28   ///

IT IS SO STIPULATED.

Dated: June 16, 2017					By:	PHILLIP A. TALBERT
							United States Attorney

								/s/ Jeremy J. Kelley
								JEREMY J. KELLEY
								Assistant U.S. Attorney


							By:	/s/ TIMOTHY ZINDEL
								TIMOTHY ZINDEL
								Counsel for Latomba Bishop


							By:	/s/ MICHAEL B. BIGELOW
								MICHAEL B. BIGELOW
								Counsel for Joshua Yadon


							By:	/s/ DONALD P. DORFMAN
								DONALD P. DORFMAN
								Counsel for Norman Thompson


ORDER

For good cause shown, the stipulation of counsel in criminal case no. 2:17-CR-0087-TLN is approved and so ordered

Dated: June 19, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE