PHILLIP A. TALBERT
United States Attorney
JEREMY J. KELLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0087-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| LATOMBA BISHOP and JOHSUA YADON, | DATE: September 7, 2017 |
| Defendants. | TIME: 9:30 a.m. COURT: Hon. Troy L. Nunley |

**STIPULATION**

1.      By previous order, this matter was set for status on September 7, 2017.

2.      By this stipulation, defendants now move to continue the status conference until October 26, 2017, at 9:30 a.m., and to exclude time between September 7, 2017, and October 26, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes 1800 pages of documents and multiple recordings produced in June. The government has also represented it will be producing additional discovery consisting of items obtained through email search warrants, which will be a substantial amount of documents. This discovery will be produced directly to counsel this week. Additional items seized during search warrants at physical locations have been made available for inspection and copying.

        b)      Counsel for defendants desire additional time to review this discovery, to consult

with and review the charges with their clients, to conduct factual investigation and legal research, and to otherwise prepare for possible resolution, pre-trial motions, or trial. The parties are hopeful to resolve this matter soon.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 7, 2017 to October 26, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 4, 2017                          PHILLIP A. TALBERT
                                                  United States Attorney


                                                  /s/ JEREMY J. KELLEY
                                                  JEREMY J. KELLEY
                                                  Assistant United States Attorney


Dated:  September 4, 2017                          /s/ TIMOTHY ZINDEL

TIMOTHY ZINDEL
Counsel for Defendant
LATOMBA BISHOP

Dated: September 4, 2017

/s/ MICHAEL BIGELOW

MICHAEL BIGELOW
Counsel for Defendant
JOSHUA YADON

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 5th day of September, 2017.

Troy L. Nunley
United States District Judge