1  PHILLIP A. TALBERT
   United States Attorney
2  JEREMY J. KELLEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LATOMBA BISHOP and JOHSUA YADON,<br><br>Defendants. | CASE NO. 2:17-CR-0087-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 26, 2017<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. By previous order, this matter was set for status on October 26, 2017.

2. By this stipulation, defendants now move to continue the status conference until November 30, 2017, at 9:30 a.m., and to exclude time between October 26, 2017, and November 30, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) To date, the government has produced discovery associated with this case that includes over 35,000 pages of documents and hours of video and audio recordings. The latest discovery, including recorded jail call audio and a video recording, was produced on October 13, 2017. Additional items seized during search warrants at physical locations have been made available for inspection and copying.

b) Counsel for defendants desire additional time to review this discovery, to consult with and review the charges with their clients, to conduct factual investigation and legal research,

and to otherwise prepare for possible resolution, pre-trial motions, or trial. The parties are hopeful to resolve this matter soon.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 26, 2017 to November 30, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated:  October 19, 2017        PHILLIP A. TALBERT
                    United States Attorney

                    /s/ JEREMY J. KELLEY
                    JEREMY J. KELLEY
                    Assistant United States Attorney

Dated:  October 19, 2017        /s/ TIMOTHY ZINDEL
                    TIMOTHY ZINDEL
                    Counsel for Defendant
                    LATOMBA BISHOP

Dated: October 19, 2017         /s/ MICHAEL BIGELOW
                                MICHAEL BIGELOW
                                Counsel for Defendant
                                JOSHUA YADON

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of October, 2017.

_____
Troy L. Nunley
United States District Judge